ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| RYAN H. RAINEY, | ) | 18 U.S.C. §§ 208(a) & 216(a)(1) |
| | ) | (Conflict of Interest) |
| Defendant. | ) | |
| | ) | |

## INFORMATION

The United States of America charges that

### COUNT ONE
### Conflict of Interest
[18 U.S.C. §§ 208(a) & 216(a)(1)]

From in or about February 2004, and continuing through on or about June 7, 2004, in the District of Columbia and elsewhere, the defendant, RYAN H. RAINEY, while an employee of the executive branch of the United States Government, did knowingly participate personally and substantially in a particular matter in which, as he well knew, an organization with whom he was negotiating for employment had a financial interest; that is, defendant RYAN H. RAINEY, while employed as an attorney for the U.S. Department of Justice, Civil Rights Division, Special Litigation Section, did knowingly participate personally and substantially in the U.S. Department of Justice's investigation of a California juvenile correctional facility, knowing that the State of California, with whom he was negotiating for employment as a Special Master appointed to monitor and oversee the state's reform of its juvenile facilities, had a financial interest in the findings, conclusions, and recommendations defendant RAINEY was making and memorializing in a U.S. Department of Justice investigative report.

All in violation of Title 18, United States Code, Sections 208(a) and 216(a)(1)

(Class A Misdemeanor).

                                      Respectfully Submitted,

                                        ANDREW LOURIE
                                        Acting Chief
                                        Public Integrity Section

By:                                  
                                        ARMANDO O. BONILLA
                                        Trial Attorney
                                        Public Integrity Section
                                        Criminal Division
                                        U.S. Department of Justice
                                        1400 New York Avenue, NW
                                        The Bond Building – 12th Floor
                                        Washington, DC  20005

June 1, 2006                                       T: 202-616-2983 / F:  202-514-3003