AO 86A (Rev. 5/85) Consent to Proceed — Misdemeanor

# United States District Court

_____ DISTRICT OF _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>*Ryan Rainey* | **FILED**<br>JUN 1 4 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE<br><br>CASE NUMBER: 06-252M |

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X _____  
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _____  
Defendant

Consented to by United States _____  
Signature

Armando O. Bonilla  
Name and Title  
Trial Attorney, USDOJ/CRM/PIN

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _____  
Defendant

_____  
Defendant's Attorney (if any)

Approved By: _____  
U.S. Magistrate

06/14/06  
Date