U.S. Department of Justice
U.S. Attorneys

FILED

SEP 18 2006


U.S. DISTRICT COURT

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

RYAN H. RAINEY

Case No. 1:06-mj-00252-JMF-ALL

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___15th___ day of ___Sept___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___September 15, 2006___ by ___U.S. Dept. of Justice/Office of Inspector General___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80

DEFENSE COUNSEL