**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | Criminal No. 06-252M-01 |
| ) | |
| ) | **(JMF)** |
| **RYAN H. RAINEY,** ) | |
|         **Defendant.** ) | |
| _____) | |

## MOTION TO MODIFY CONDITIONS OF PROBATION TO PERMIT DOMESTIC AND INTERNATIONAL TRAVEL

COMES NOW, the Defendant, RYAN RAINEY, by counsel, and respectfully requests that the Court amend the conditions of his probation to permit him to travel within the United States to perform various consulting projects and to travel out of the country during the period of November 15th through December 3rd, 2006 for a pre-planned vacation.

On September 15, this court sentenced Mr. Rainey to one year of supervised probation and a $3000 fine following his guilty plea to a misdemeanor conflict of interest violation. Because Mr. Rainey lives outside the District of Columbia, his case is being transferred to his home state of Delaware. However, as of the current date, Delaware has not assigned a supervising probation officer. Due to the nature of Mr. Rainey's current work as a consultant, he travels outside of both his home state of Delaware and the DC area, on a frequent basis. As this is currently Mr. Rainey's only source of employment, he would like to maintain this business. Although the D.C. probation office has agreed to allow Mr. Rainey to travel between the District of Columbia and Delaware without obtaining prior approval, the probation office has advised that Court permission is

required for additional travel until such time as Delaware assigns a probation officer and that officer can work out a travel schedule with Mr. Rainey. For this reason, Mr. Rainey requests that he be allowed to travel within the United States as needed to perform his consulting obligations. Mr. Rainey will, of course, notify the probation office in D.C. of his travel plans, until such time as he is assigned a probation officer in Delaware. (We have been advised this process could take up to sixty days.)

It should be noted that Mr. Rainey has complied already with all other orders of the court. Specifically, on September 15, Mr. Rainey paid the fine in full, as well as the $25 special assessment. Mr. Rainey also submitted to a mandatory drug test on September 15, which was negative.

In addition to his domestic travel, Mr. Rainey has had longstanding plans, made over a year ago, to take a trip to the South Pacific for a period of approximately two weeks. Mr. Rainey respectfully requests that the Court grant him permission to make this trip. Should he have to cancel at this time, Mr. Rainey will incur significant monetary penalties, and his inability to attend will affect several other individuals who will also be making the trip with Mr. Rainey. If Mr. Rainey does not cancel the trip this week, he will forfeit the entire cost of the trip. It should be noted that this trip was planned long before Mr. Rainey was contacted by the Department of Justice regarding its intentions, in fact, to pursue criminal charges against him.

Counsel for the United States, Armando Bonilla, has been consulted, has no objection to Mr. Rainey's request, and leaves it to the sound discretion of this Court.

For all these reasons, counsel respectfully requests that the Court amend the conditions of Mr. Rainey's probation to allow him to travel outside the DC area as

needed for work, and to travel to the South Pacific between November 15th and December 3rd of 2006.

                                      Respectfully submitted,

                                      /s/ Judith L. Wheat_____
                                    Judith L. Wheat, Esq. (DC Bar #431411)
                                    Wheat Wu, P.L.L.C.
                                    1050 17th Street, N.W., Suite 600
                                    Washington, D.C. 20036
                                    202-496-4963 (phone)
                                    202-466-3226 (facsimile)

                                    Counsel for Ryan H. Rainey

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Motion to Modify Probation to Permit Domestic and International Travel was sent by facsimile and ECF notification, this 10th day of October 2006 to the following:

Armando O. Bonilla
Public Integrity Section
U.S. Department of Justice
1400 New York Avenue, NW, 12th Floor
Washington, DC 20005
202-616-2983 (phone)
202-514-3003 (facsimile)

               /s/ Judith L.Wheat_____
               Judith L. Wheat, Esq.
               Counsel for Ryan H. Rainey