PROB 35  
1/92

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT  
FOR THE  
DISTRICT OF COLUMBIA

**FILED**  
JUN 18 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                                                                     Docket No.   CR 06-252M

Ryan Hefton Rainey

On September 15, 2006, the above named was placed on Probation for a period of one year. The defendant has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from Probation.

Respectfully submitted,

_____  
Megan Chester  
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this ___18th___ day of ___Jun___, 2007.

_____  
United States Magistrate Judge